United States District Court
Southern District of Texas
**ENTERED**
February 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| D R ANTHONY, *et al.*, § § § Plaintiffs, § § VS. § JPMORGAN CHASE BANK, N.A., § § Defendant. § | CIVIL ACTION NO. 2:23-CV-00284 |

## FINAL JUDGMENT

Pursuant to the Agreed Order of Dismissal with Prejudice (D.E. 15), the Court enters final judgment dismissing this action with prejudice, with the parties to bear their own fees, expenses and other costs incurred in connection with this lawsuit.

**ORDERED** on February 8, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE